IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

CHANDLER HENN )
)
v. ) NO. 3:05-0132
) JUDGE CAMPBELL
HENDERSONVILLE UTILITIES )
   DISTRICT, et al. )

ORDER

Pending before the Court are Defendants' Motion for Summary Judgment (Docket No. 16) and Defendants' Motion for Leave to Reply (Docket No. 36). Defendants' Motion for Leave to Reply is GRANTED. For the reasons stated in the accompanying Memorandum, Defendants' Motion for Summary Judgment is also GRANTED, and Plaintiff's claims are DISMISSED.

The trial set for April 25, 2006, and the pretrial conference set for April 17, 2006, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE